UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Lane Politano,  Civ. No. 12-1530 (PAM/LIB)

                    Petitioner,

v.  **ORDER**

United States of America, and
U.S. Parole Commission,
                    Respondents.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois dated February 6, 2013. In the R&R, Magistrate Judge Brisbois recommended that the Court deny the Petition for a Writ of Habeas Corpus and dismiss the case with prejudice. Petitioner failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 17).

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Petition for Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. Petitioner's Motion for Summary Judgment (Docket No. 14) is **DENIED**; and

3. This action is **DISMISSED with prejudice.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 4, 2013

                                         *s/ Paul A. Magnuson*
                                         Paul A. Magnuson
                                         United States District Court Judge